1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Thomas Stewart, Jr., ) | No. CV-12-719-PHX-RCB-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| Charles Ryan, et al., ) |  |
| Defendant. ) |  |

   This matter arises as a result of Plaintiff's "(Amended) Notice of Motion for Reconsideration re: Dismissing of Defendant(s) and, an Extension of Time to File." (Doc. 14).

   Plaintiff filed his Prisoner Civil Rights Complaint pursuant to 42 U.S.C. § 1983 on April 4, 2012. (Doc.1)  On July 2, 2012, the Court granted Plaintiff *in forma pauperis* status and screened his Complaint pursuant to 28 U.S.C. § 1915(a). (Doc. 12) The Court dismissed all Defendants and claims except Count II against Defendant Barcklay-Dodson. Defendant Barcklay-Dodson was ordered to answer Count II of the Complaint.  To date, he has not yet been served.

   Although Plaintiff titles his Motion as one to Reconsider and a Request for an Extension of Time, the body of his Motion neither states what it is that he would like to reconsider, nor what deadline from which he is requesting an extension of time. Therefore, the Court will deny without prejudice Plaintiff's Motion. He may either re-file a proper

1 Motion to Reconsider and/or a Motion for Extension of Time, including with specificity
2 what it is he is asking the Court to reconsider or what deadline he is asking the Court to
3 extend.

4     **IT IS ORDERED** that Plaintiff's "(Amended) Notice of Motion for Reconsideration
5 re: Dismissing of Defendant(s) and, an Extension of Time to File", doc. 14, is **DENIED**
6 without prejudice.

7     Dated this 18th day of July, 2012.

_____
Lawrence O. Anderson
United States Magistrate Judge