WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Stewart,<br><br>        Plaintiff,<br><br>   v.<br><br>Charles L. Ryan, et al.,<br><br>        Defendants. | No. CV-12-00719-PHX-RCB<br><br>**O R D E R** |

　　　Plaintiff having filed Motion Requesting Docket Sheet Under the (CJA) For Indigent, Prisoner, and good cause appearing,

　　　IT IS ORDERED granting Motion Requesting Docket Sheet Under the (CJA) For Indigent, Prisoner, (Doc. 118).

　　　IT IS FURTHER ORDERED directing the Clerk of Court to copy the docket sheet in this case and send it to plaintiff Thomas Stewart, Jr., ADC #184733, A.S.P.C. Yuma Complex – Cheyenne, Post Office Box 8939, San Luis, Arizona 85349-8939.

　　　DATED this 7th day of August, 2014.

_[signature]_
Stephen M. McNamee
Senior United States District Judge